KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:      (202)514-6062
Facsimilie:     (202)307-0054
E-Mail:         Colin.C.Sampson@usdoj.gov

JOHN S. LEONARDO
District of Arizona
United States Attorney
*Of Counsel*

*Counsel for the United States*



FILED ___ LODGED
RECEIVED ___ COPY

SEP -3 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
         Plaintiff,

v.

THERESE A. PERROW; STATE OF
ARIZONA DEPARTMENT OF
REVENUE; TRUST COMPANY OF AMERICA;
And BRANCH BANKING AND TRUST COMPANY,
         Defendants

Civ. No. 4-13-cv-00769-BPV

ANSWER TO THE UNITED STATES'
COMPLAINT TO REDUCE FEDERAL
INCOME TAX ASSESSMENTS TO
JUDGMENT AND TO FORECLOSE
FEDERAL TAX LIENS

COMES NOW, Therese A. Perrow, the defendant, and hereby answers the plaintiff's complaint as follows:

1. As for paragraph 1, Defendant doesn't have enough information about this paragraph in the complaint, and thus denies them.

2. As for paragraph 2, Defendant doesn't have enough information about this paragraph in the complaint, and thus denies them.

3. Defendant admits the truth that The Court has jurisdiction over this action.

4. Defendant admits the venue is proper in this District.

5. Defendant admits to holding legal title to the subject real property of this action, but denies the first sentence due to grammatical error.

6. Defendant doesn't have enough information about these paragraphs in the complaint, and thus denies them.

7. Defendant doesn't have enough information about these paragraphs in the complaint, and thus denies them.

8. Defendant doesn't have enough information about these paragraphs in the complaint, and thus denies them.

9. Defendant admits that this is true. The legal description is correct.

10. Defendant admits that this is true.

11. Defendant admits that this is true.

12. Defendant admits that this is true.

13. Defendant admits that this is true.

14. Defendant admits that this is true.

15. Defendant admits that this is true.

16. Defendant admits that this is true.

17. Defendant admits that this is true.

18. Defendant doesn't have enough information about these paragraphs in the complaint, and thus denies them. The original tax returns prepared by Steven Phillips, C.P.A. for years 2000 through 2005, showed different amounts for tax owed.

19. Defendant admits that this is true.

20. Defendant admits that it is true that she has failed to pay the TOTAL tax assessments against her. Defendant doesn't have enough information about these statements, and thus denies the total of the amount due.

21. Defendant admits that this is true.

22. Defendant admits that this is true.

23. Defendant doesn't have enough information about these paragraphs in the complaint, and thus denies them.

24. Defendant admits that this is true.

25. Defendant admits that this is true.

26. Defendant admits that this is true.

27. Defendant doesn't have enough information about these paragraphs in the complaint, and thus denies them. Defendant questions why there is no mention that this is the Defendant's "principal residence".

WHEREFORE, the Defendant, respectfully requests that the Plaintiff's claims be denied and that the Plaintiff's Complaint be dismissed, and judgment be made in favor of the Defendant.

_9-3-13_
Date

Respectfully Submitted,

Therese A. Perrow
14120 N. Skyhawk Drive
Tucson, Arizona 85755

*To the best of my knowledge without speaking to lawyer*

*Therese Perrow*

KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202)514-6062
Facsimilie:   (202)307-0054
E-Mail:       Colin.C.Sampson@usdoj.gov

JOHN S. LEONARDO
District of Arizona
United States Attorney
*Of Counsel*

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>THERESE A. PERROW; STATE OF ARIZONA DEPARTMENT OF REVENUE; TRUST COMPANY OF AMERICA; And BRANCH BANKING AND TRUST COMPANY,<br>　　　　Defendants | Civ. No. 4-13-cv-00769-BPV<br><br><br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that on September 3rd, 2013, I filed the foregoing with the Clerk of the Court. I further certify that I mailed the foregoing document by first-class mail to the following:

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

Respectfully Submitted,

*[signature]*

9-3-13
Date

Therese A. Perrow
14120 N. Skyhawk Drive
Tucson, Arizona 85755

*To the best of my knowledge without speaking to a lawyer*
*[signature] Therese Perrow*