```
          ___ ✓ _FILED       _____ LODGED
          ___   RECEIVED     _____ COPY

      7         SEP 2 4 2013          7

              CLERK U S DISTRICT COURT
                 DISTRICT OF ARIZONA
          BY_____ DEPUTY
```

KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202)514-6062
Facsimilie:   (202)307-0054
E-Mile:       Colin.C.Sampson@usdoj.gov

JOHN S. LEONARDO
District of Arizona
United States Attorney
Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
              Plaintiff,

       v.

THERESE A PERROW; STATE OF
ARIZONA DEPARTMENT OF REVENUE;
TRUST COMPANY OF AMERICA; and
BRANCH BANKING AND TRUST COMPANY,
              Defendants

Civ. No. 4-13-cv-00769-BPV

MOTION FOR EXTENSION OF TIME
TO FILE AN AMENDED ANSWER

THERESE A. PERROW, Defendant, requests an extension of time within which to file her Amended Answer from September 24, 2013 to October 6, 2013.

The reasons are THERESE A. PERROW, is defending herself at this time. She has had difficulty because of her health, her son's mental health, and the fact that her daughter left to Montana for college. Her daughter had a full scholarship, but because of the IRS issues, she was denied the money and it became a priority to find the money so she could still begin college in August.

Dated:   September 23, 2013

_____
THERESE A. PERROW, Defendant
14120 N. Skyhawk Drive
Tucson, Arizona 85755