# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>    Plaintiff, )<br>vs. )<br>Therese A. Perrow, et al., )<br>    Defendants. ) | CV-13-769-TUC-DCB<br><br>ORDER |

Magistrate Judge Velasco issued his Report and Recommendation on December 17, 2014, recommending that the District Court grant the Plaintiff's Motion for Summary Judgment and other relief. A copy was sent to all parties, notifying all parties that written objections must be filed within fourteen days of service. No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation (Doc. 37) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 33) is GRANTED.

IT IS FURTHER ORDERED that a judgment against Perrow be entered for her outstanding federal income tax liabilities for the years 1995, and 2000 through 2006, less any additional credits according to proof, plus interest and other statutory additions as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 from April 8, 2013.

1    IT IS FURTHER ORDERED that the United States is entitled to foreclose its valid
2 federal tax liens on the Subject Property, commonly known as 14120 N. Skyhawk Drive,
3 Tucson, Arizona 85755.  This action is terminated.
4    DATED this 2nd day of February, 2015.

David C. Bury
United States District Judge